UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff/Respondent, | ) | No. 5:11-CR-71-JMH-HAI-1 |
| | ) | No. 5:14-CV-7356-JMH-HAI |
| v. | ) | |
| | ) | RECOMMENDED DISPOSITION |
| MELVIN EDWARDS, JR., | ) | |
| | ) | |
| Defendant/Movant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On June 10, 2014,[1] Defendant Edwards filed a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. D.E. 28. After reviewing the Motion in detail, the Court noted that it seemed time barred and therefore subject to dismissal sua sponte, and ordered the United States to respond on the issue of timeliness and on the merits. D.E. 30. The United States filed an appropriate Response. D.E. 38. The Court ordered Defendant to file a reply on the issue of timeliness and on the merits on or before October 14, 2014, and provided him notice that, if he failed to reply on the issue of timeliness, the Court would recommend the District Judge dismiss the instant action. D.E. 39. Two weeks have passed since that deadline, and Defendant has yet to file a reply.

Defendant's Motion is untimely pursuant to 28 U.S.C. § 2255(f) for the reasons described at Docket Entry 30. Defendant also did not reply to the Court's Show Cause Order, despite being provided notice that failure to do so would result in a recommendation of dismissal.

---

[1] This filing date reflects the prison mailbox rule. *See Richard v. Ray,* 290 F.3d 810, 812-13 (6th Cir. 2002). Here, Edwards affirmed under penalty of perjury that he placed the Motion in the prison mailing system on June 10, 2014.

Accordingly, the Court **RECOMMENDS** that Defendant's Motion (D.E. 28) be **DISMISSED** with prejudice.

The Court directs the parties to 28 U.S.C. § 636(b)(1) for appeal rights and mechanics concerning this Recommended Disposition, issued under subsection (B) of the statute. *See also* Rules Governing Section 2255 Proceedings, Rule 8(b). Within fourteen days after being served with a copy of this decision, any party may serve and file specific written objections to any or all findings or recommendations for determination, de novo, by the District Court. Failure to make a timely objection consistent with the statute and rule may, and normally will, result in waiver of further appeal to or review by the District Court and Court of Appeals. *See Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981).

This the 28th day of October, 2014.

Signed By:
Hanly A. Ingram
United States Magistrate Judge